REEDHYCALOG UK, LTD. and ReedHycalog LP, Plaintiffs–Appellees,

v.

DIAMOND INNOVATIONS, INC., Defendant–Appellant.

No. 2011–1010.

United States Court of Appeals, Federal Circuit.

Jan. 19, 2011.

Danny L. Williams, Williams, Morgan & Amerson, P.C., Houston, TX, for Plaintiffs–Appellees.

Elaine P. Spector, Drinker, Biddle & Reath LLP, Washington, DC, for Defendant–Appellant.

ON MOTION

*ORDER*

Upon consideration of the parties' "Stipulated Dismissal of Appeal," which the court treats as a joint motion to voluntarily dismiss this appeal from *ReedHycalog UK, Ltd. v. Diamond Innovations, Inc.,* case no. 08–CV–0325, (E.D.Tex.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.